In the Matter of the Accounting of United States Trust Company of New York, as Executor of John J. Butler, Deceased, Respondent.

Margaret E. Leach, Appellant; Roman Catholic Orphan Asylum in the City of New York, Respondent.

*Matter of U. S. Trust Co. of New York*, 168 App. Div. 903, affirmed.
(Argued September 27, 1915; decided October 12, 1915.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

April 9, 1915, which affirmed a decree of the New York County Surrogate's Court overruling objections, upon the executor's accounting, (1) to deductions made by the executor from the monthly payments given to her by the will for the purpose of restoring to the residuary estate the amount of the transfer tax on her interest which had been paid by the executor in the first instance; and (2) calling in question the validity of the provisions of the will disposing of the residuary estate, and asking for a construction thereof.

*Arthur H. Masten* and *Sinclair Hamilton* for appellant.

*Harry K. Davenport* and *George L. Shearer* for executor, respondent.

*Joseph F. Daly* and *Edward H. Daly* for Roman Catholic Orphan Asylum, respondent.

*George N. Whittlesey* and *Stanley W. Dexter* for Children's Aid Society, respondent.

Order affirmed, with one bill of costs payable out of the estate; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.